**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

FRANCKY FLORIAN,
Petitioner,

v.

CHRISTOPHER J, LAROSE, Senior Warden, Otay Mesa Detention Center, San Diego, California, et al.,
Respondents.

Case No.: 26cv5825 DMS (JAC)

**ORDER GRANTING PETITION**

This case comes before the Court on the Petition for Writ of Habeas Corpus. Petitioner raises three claims. First, he alleges his re-detention and continued detention without a bond hearing violates his due process rights. Second, Petitioner asserts his re-detention violated the Administrative Procedure Act (“APA”). Third, Petitioner contends he was arrested without a warrant and in violation of 8 U.S.C. § 1357(a)(2). Respondents filed a Return asserting Petitioner is subject to mandatory detention under 8 U.S.C. § 1225(b)(2). Respondents also dispute Petitioner was arrested without a warrant. Notably, Respondents did not address Petitioner’s other claims under the APA and the Due Process Clause.

Given the allegations surrounding those claims, which Respondents do not dispute,

the Court agrees with Petitioner that the proper remedy here is release, not a bond hearing. *See Galan v. LaRose*, Case No. 26cv1042 DMS (MSB), ECF No. 19 at 4, and *Alvarez Gallardo v. Attorney General*, Case No. 26cv2273 DMS (JLB), ECF No. 7 at 2-3. Accordingly, Respondents shall release Petitioner from custody forthwith, and shall not re-detain him without first providing a pre-deprivation hearing before a neutral decisionmaker at which Respondents must prove there are material, changed circumstances related to flight risk or danger to the community that warrant Petitioner's re-detention. The parties shall file a Joint Status Report within 72 hours of this Order's filing, confirming Petitioner has been released. The Clerk of Court shall enter judgment accordingly and close this case.

**IT IS SO ORDERED.**

Dated: November 19, 2026

Hon. Dana M. Sabraw
United States District Judge